Thomas Jenkins
Case No. 17-CR-00233

To: The Honorable United States
District Court Judge Trevor McFadden

Leave to file GRANTED
[signature] 4/14/22
TREVOR N. MCFADDEN
United States District Judge

Your High Honor, I, Thomas Jenkins come before you and the Court on this day as Humble as I can as I make a Fervent Request for "Appointed Counsel".

In light of Compassionate Release under 18 U.S.C. §3582(c)(1)(a) I hope to have established "Extraordinary and Compelling Reasons" to GRANT a Sentence Modification. This letter to you is in Good Faith and sure confidence that your Court can express a deep awareness of my Families issues. I Pray that you recognize the Sincerity of my asking for assistance through "Counsel" and couple it with the desire to Relieve it.

I understand fully that this Court has treated U.S.S.G. §1B1.13 as binding in the Compassionate Release Context. United States v. Goldberg, Crim. No: 12-180 (BAH), 2020 U.S. Dist. LEXIS 63885, 2020 WL 1853298 (D.D.C. 2020). My Circumstances that I have brought before this Court are right on with §1B1.13 because of my wife Shalonda's Medical Conditions. Unfortunately with the complex combination of my Spouse's underlying conditions she is much more at Risk for serious illness and even death with the contraction of COVID-19. Her Medical Records show that she suffers from Major Kidney Failure after previously having her First Transplant in 2011, which was donated by her Brother.

Even as my Partner waits on a list for a New Donor, She Continues to endure "Fibromyalgia" Syndrome that is marked by Chronic Pain in the muscles and soft tissues making most days worse than others with Fatigue, Soreness, as well as the basics of just waking up and trying to get out of bed. Join those conditions with her stage VI "Lupus Nephritis", and the autoimmune disease negatively affects multiple Organ Systems. There is a complete trust that there will not be any dispute as to how serious my wife's conditions are, especially with the rise in breakthrough Infection with the emergence of a new, more transmissable Variant. My Family and I pray that you GRANT the "Appointment of Counsel" to aid and assist with investigating her ongoing issues that are my Reason for Compassionate Release. United States v. Johnson, 2021 U.S. Dist. LEXIS 231925, 2021 WL 5755047.

(1)

In civil cases defendant's are entitled to appointment of Counsel when they have demonstrated the likelihood of success on the merits. In no way am I undermining the Debt in which I have to pay to society for my past mistakes. Yet, I genuinely ask that your illustrious court take note of my Families need for me to be there to not only help my wife, but my two Daughters as well. In, United States v. Kevin Ron Fields, crim. No: 19-0048 (PLF), 2021 U.S. Dist. LEXIS 37524, United States District Judge, Paul L. Friedman denied the Defendant the assistance of Counsel because he concluded that the Compassionate Release Motion lacked merit. After bearing the burden of proving my "Extraordinary and Compelling" Reasons, does my motion not warrant true virtue to GRANT the "Appointment of Counsel"?

Your Honor, your discretion is unlimited and ever since Congress amended how Compassionate Release Motion's are ruled - it empowers you even more. The District Court for the District of Columbia May exercise it's discretion to appoint Counsel in proceedings under 18 U.S.C. § 3582(c)(1)(a) if the interests of Justice so Require. United States v. Evans, 2020 U.S. Dist. LEXIS 114426, 2020 WL 3542231 (D.D.C. 2020); United States v. Reynard, 2021 U.S. Dist. LEXIS 120505, 2021 WL 2662139 (2021).

There is great hope that your court recognizes that the current Pandemic (Global-&-Nationally) may represent "Such an OTHER REASON" under the IV 'CATCH-ALL' criteria. United States v. Tobias, 2020 U.S. Dist. LEXIS 144398, 2020 WL 4673414, (D.D.C. 2020). With the newest COVID-19 subvariant becoming the most Dominant Strand in America - it has proven to be 40-60% more contagious than the previous viral Omicran Variant.

Justice is the top priority, and I have accepted my Role and Responsibility. I also know that throughout this process I have learned a Life-changing Lesson, and I value my Freedom and Liberties more than ever. Not being able to protect and provide for my wife and children during these uncertain and unknown time's has allowed me to self-reflect, Grow, and Mature. Nothing is more important than Family, but God. Therefore, I pray that your High Honor takes my Request into Deep consideration, GRANT me "Appointment of Counsel", and ultimately GRANT my Application for Compassionate Release.

Humbly Submitted

X: *Thomas Jenkins*
Thomas Jenkins

(2)